**Richard L. PURCELL, Appellant,**

v.

**UNION PACIFIC RAILROAD, Appellee.**

**No. 11–1263.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2011.

Filed: July 8, 2011.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Richard Purcell appeals following the adverse grant of summary judgment by the District Court[1] in his civil action claiming retaliation for filing safety complaints. After careful *de novo* review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we agree with the District Court that under the statute at issue as it existed during the events underlying this complaint, 49 U.S.C. § 20109(a) (2006), Purcell was not entitled to relief. We decline his invitation to retroactively apply a subsequent amendment to the statute, *see Landgraf v. USI Film Prods.*, 511 U.S. 244, 266–68, 280, 114 S.Ct. 1483, 128 L.Ed.2d 229 (1994), and we conclude that the District Court did not abuse its discretion in staying discovery, *see Steinbuch v. Cutler*, 518 F.3d 580, 590 (8th Cir.), *cert. denied*, —— U.S. ——, 129 S.Ct. 223, 172 L.Ed.2d 242 (2008).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).